T<small>ODD</small> C. B<small>ANK</small>, A<small>TTORNEY AT</small> L<small>AW</small>, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                                                              tbank@toddbanklaw.com

July 15, 2021

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn.: Magistrate Judge Sanket J. Bulsara

           **Re:**    **Todd C. Bank v. John Doe**
                    **Case 1:21-cv-03796-MKB-SJB**

Dear Judge Bulsara:

      I, the plaintiff in the above-referenced matter, request that the Court schedule an initial conference because "Defendant, John Doe, is an unknown natural person or entity," Compl. (Dkt. No. 1), ¶ 14, such that I will be unable to serve the defendant without taking discovery to identify the defendant's identity.

Sincerely,

 s/ ***Todd C. Bank***

Todd C. Bank

TCB/bd