TODD C. BANK, ATTORNEY AT LAW, P.C.
119-40 Union Turnpike, Fourth Floor
Kew Gardens, New York  11415
Telephone: (718) 520-7125
Facsimile: (856) 997-9193

www.toddbanklaw.com                                         tbank@toddbanklaw.com

September 30, 2021

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201
Attn.: Magistrate Judge Sanket J. Bulsara

        Re:    **Todd C. Bank v. John Doe**
                  Case 1:21-cv-03796-MKB-SJB

Dear Judge Bulsara:

      I, the plaintiff in the above-referenced matter, hereby respond to your text order issued yesterday, which stated, in full:

> Plaintiff continues to ignore this Court's orders and justify actions the Court has found are procedurally or otherwise improper. Now he says he will anticipate the Clerk's office signing a subpoena for him. The Court has already explained the proper process for obtaining signed subpoenas, which Plaintiff appears intent on ignoring, namely, to contact the Clerk's office and follow their procedures for obtaining subpoenas. Should Plaintiff continue with his contumacious behavior, the result will only be to his detriment; the Court will simply close the case after the appropriate length of time has passed.

      I had incorrectly believed that the Clerk's office's "procedures for obtaining subpoenas" was to file the subpoena on ECF (given that I am able to use ECF). I apologize for that, and will follow the correct procedure.

Sincerely,

  s/ *Todd C. Bank*

Todd C. Bank

TCB/bd